

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

November 17, 1959

Honorable Robert S. Calvert
Comptroller of Public Accounts
Capitol Station
Austin, Texas

Opinion No. WW-730

Re: Whether the Comptroller
is authorized to pay a
per diem to the Members
of the State Board of
Insurance Commissioners
for services performed
on Saturday.

Dear Mr. Calvert:

You have requested an opinion on the following
question:

"Please advise me if I may legally
pass, for payment, out of funds appropria-
ted in H. B. 4, per diem for services
performed on Saturday?"

The payroll submitted with your request is for per
diem of members of the State Board of Insurance for the
Saturdays during the month of September, 1959, which the
members of the State Board of Insurance devoted to the dis-
charge of their official duties.

Item 1 of the appropriation to the State Board of
Insurance contained in House Bill 4, Acts of the 56th Legis-
lature, Third Called Session, 1959, Chapter 23, page 442
(General Appropriation Act), reads as follows:

"Board Members at $50 per day . . ."

The first paragraph following the appropriation to
the State Board of Insurance reads as follows:

"From funds appropriated in item 1 above,
the State Board of Insurance Commissioners
shall receive a per diem of not to exceed $50.00
per day for a total of every working day as de-
fined in this Act. Legal holidays and vacation

time of Board Members shall not be included in
computing the per diem allowance." (Emphasis
ours).

Although the Legislature has used the phrase "working
day as defined in this Act," we fail to find any definition of
a working day in House Bill 4, Acts of the 56th Legislature,
Third Called Session, Chapter 23, page 442. While "working
day" is not defined, Subdivision (a) of Section 26 of Article
V of House Bill 4 states the office hours of State agencies to
be as follows:

"OFFICE HOURS OF STATE AGENCIES will be
from 8:00 a.m. to 5:00 p.m., Monday through
Friday of each week except holidays authorized
in this Act. The responsible executive head
will arrange for the State headquarters of each
agency to be open on each Saturday from 8:00
a.m. to 12:00 noon with an administrative assist-
ant on duty in order to carry out any business
of the agency. Regular employees of the State
shall work 40 hours a week excepting official
holidays. It is further provided that except-
ions to the minimum length of work week may be
made by the operating head of a State agency for
house parents and other employees whose duties
require them to reside in a State hospital or
institution; for guards, firemen, and other em-
ployees whose services are required for longer
periods in the public interest; and pursuant to
Article II of this Act." (Emphasis ours).

The first Monday in September, 1959, was September 7,
1959, and under the provisions of Article 4591 constituted
the only legal holiday during the month of September, 1959.
Likewise, September 7, 1959, was the only legal holiday de-
signated by the current General Appropriation Bill as a legal
holiday under the provisions of Subdivision (b) of Section 26
of Article V.

The payroll submitted with your request does not seek
payment of per diem for September 7, 1959, nor is the period
covered by the payroll designated to be "vacation time of
Board members."

Since "working day" is not defined in the Current
General Appropriation Bill and the executive head of each
agency is directed to arrange for the State headquarters of
such agency to be open on each Saturday, and none of the days

set forth in the payroll submitted with your request fall on a legal holiday or "vacation time of Board members," you are advised that under the facts submitted, the payroll submitted with your request is due and payable.

### SUMMARY

Members of the State Board of Insurance are entitled to a per diem not to exceed Fifty Dollars ($50) per day for each day devoted to the discharge of their official duties including Saturdays, except legal holidays and "vacation time of Board members."

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
John Reeves
Assistant

JR:mfh

APPROVED:

OPINION COMMITTEE
C. K. Richards, Chairman

Robert Shannon
Tom I. McFarling
Linward Shivers
Joe Allen Osborn

REVIEWED FOR THE ATTORNEY GENERAL
BY: W. V. Geppert